UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X
DESMOND ALEXANDER et al

        v

BOSCAINO AUTO COLLISION
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ OCT 1 5 2012 ★

BROOKLYN OFFICE

ORDER
CV11-3626 (JBW)

No objection having been filed, the Report and Recommendation of the Magistrate Judge dated August 3, 2012, is adopted in it's entirety

SO ORDERED

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 10/15/12

